IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

**Civil Action No.** 09-cv-01968-MSK-BNB          FTR BNB Geneva D. Mattei
**Date:** November 20, 2009                                  COURTROOM A-401

VOLUME SERVICES, INC.,                               Mahsa Cutter
doing business as
Centerplate

        Plaintiff(s),

v.

MIKE SWEENY,

        Defendant(s).

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:      9:26 a.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding the plaintiff's motion for default judgment against defendant Mike Sweeny.

Witness is sworn. Direct examination of Robert Paoletti.

Exhibits 1-35 addressed.

Counsel offers Exhibits 1-35 for admission.

Exhibits 1-35 is admitted.

Plaintiff rests.

**ORDERED:   The plaintiff's motion for default judgment [doc. #9; filed 11/4/09] is TAKEN**

**UNDER ADVISEMENT, as stated in record. The court will file a Recommendation.**

Court in Recess:         10:14 a.m.        Hearing concluded.       Total time in court:        00:48

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.